SAMUEL MANDELBAUM, Respondent, v. CENTRAL LIVE POULTRY COMPANY, INC., and LAWRENCE E. WITZEL, Appellants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Blackmar, J., not voting.

JOSEPH W. NASSAUER, Respondent, v. CHARLES J. TAGLIABUE and CHARLES J. TAGLIABUE MANUFACTURING COMPANY, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. · No opinion. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Blackmar, J., not voting.

JOSEPH W. NASSAUER, Respondent, v. CHARLES J. TAGLIABUE and CHARLES J. TAGLIABUE MANUFACTURING COMPANY, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Blackmar, J., not voting.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. MARIE TUR and Others, Defendants. BERNARD DAVIS, Appellant; WILLIAM WILLS, as Receiver, Respondent.— A copy of the resettled order of the Westchester County Special Term, showing that the affidavit of Isaac Purdy was read and considered by the Special Term in making the order appealed from, having been received, a reargument is ordered upon the record as thus amended, for Monday, September 29, 1919. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CATHERINE ARMELLINO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. HARTIGAN and CHARLES OCHLER, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. BOYLE, Appellant, v. JACOB LIVINGSTON, as Chairman of the Republican Executive Committee of Kings County, Respondent.— Order affirmed after reargument, without costs. No opinion. Mills, Blackmar and Jaycox, JJ., concurred; Putnam and Kelly, JJ., concurred as to the question of the right of proxy only.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLASTON REALTY COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

GERTRUDE M. ROWE, Respondent, v. GEORGE W. SNYDER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

STEPHEN C. BALDWIN, Respondent, v. JOHN ALLEN DILLON, Appellant. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.